UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER MILLER,

            Plaintiff,

  -against-

CITY OF ITHACA, NEW YORK, *et al*

            Defendants.

**ORDER**

Civ. Action No. 3:10-CV-597

Hon. Thomas J. McAvoy

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAY 23 2011
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

---

    Upon the reading of Defendants' Notice of Motion to Dismiss the Second Amended and Supplemental Complaint, and Motion to Strike, dated March 28, 2011; Memorandum of Law in Support; and the Declaration of Paul E. Wagner in Support; and

    Upon the reading of Plaintiff's Memorandum of Law in Opposition to the Third Motion to Dismiss and to Strike by Defendants, dated April 22, 2011; and

    Upon the reading of Defendants' Reply in Support of Their Motion to Dismiss Plaintiff's Second Amended and Supplemental Complaint, and Motion to Strike, dated April 28, 2011; and

    Upon hearing oral argument of all parties on May 9, 2011; and due deliberation having been had herein, it is hereby

    **ORDERED,** that Defendants' motion is granted insofar as the gender-based discrimination and retaliation claims, and conspiracy claims, are DISMISSED. In all other respects, motion is DENIED.

DATED: 5/21/11

HON. THOMAS J. McAVOY