UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER MILLER,

            Plaintiff,

-against-

CITY OF ITHACA, NEW YORK, *et al.*,

            Defendants.

**ORDER**

Civ. Action No. 3:10-CV-597

(TJM/DEP)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 14 2011
AT ____ O'CLOCK ____
Lawrence K. Baerman, Clerk - Binghamton

---

    Upon the reading of Defendants Navarro, Garin, and Byrd's Notice of Motion to Dismiss the Second Amended and Supplemental Complaint for Failure to State a Claim (Dkt. No. 104), dated May 17, 2011; Memorandum of Law in Support; and the Declaration of Paul E. Wagner, Esq. in Support; and

    Upon the reading of the Plaintiff's Cross Motion to Amend/Correct the Second Amended and Supplemental Complaint (Dkt. No. 112), dated June 7, 2011; Affirmation of A.J. Bosman, Esq. in Support of Plaintiff's Cross Motion to Amend/Correct; Proposed Third Amended Complaint; Memorandum of Law in Opposition to Defendants Navarro, Garin, and Byrd's Motion to Dismiss for Failure to State a Claim; and

    Upon the reading of Defendants' Response in Opposition to Plaintiff's Cross Motion to Amend/Correct the Second Amended and Supplemental Complaint and Reply in further Support of their Motion to Dismiss for Failure to State a Claim (Dkt. No. 115), dated June 13, 2011; and

    Upon hearing oral argument of all parties on June 24, 2011; and due deliberation having been had therein, it is hereby

    **ORDERED**, that all claims against Defendants Navarro, Garin, and Byrd are DISMISSED with the exception of Plaintiff's retaliation claims pursuant to 42 U.S.C. §§ 1981, 1983 and the Human Rights Law of the State of New York against Garin with respect to the August 2008 administrative complaint filed with the Division of Human Rights; and Plaintiff's retaliation claims pursuant to 42 U.S.C. §§ 1981, 1983 and the Human Rights Law of the State of New York against Byrd and Navarro with respect to the July 2009 administrative complaint filed with the Division of Human Rights; and

**ORDERED**, that Plaintiff's Cross Motion to Amend/Correct the Second Amended and Supplemental Complaint is denied; Defendant's motion for sanctions is DENIED.

DATED: 7/14/11

Thomas J. McAvoy S USDJ
HON. THOMAS J. McAVOY

2