UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------

CHRISTOPHER MILLER,

                Plaintiff,

-vs-                                             10-cv-597

CITY OF ITHACA, EDWARD VALLELY,
JOHN BARBER, LAUREN SIGNER,
PETE TYLER, ANDREW NAVARRO,
and MARLON BYRD,

                Defendants.
--------------------------------------------------

*[FILED stamp: U.S. DISTRICT COURT - N.D. OF N.Y., FILED OCT 18 2012, AT ___ O'CLOCK ___, Lawrence K. Baerman, Clerk - Bing.]*

## VERDICT SHEET FORM

**PLEASE NOTE** - Each Juror will be provided with a Verdict Sheet Form in order to facilitate understanding of the charge and to aid in deliberation. HOWEVER, YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON <u>ONLY ONE</u> VERDICT SHEET FORM WHICH IS SIGNED BY THE JURY FOREPERSON. The remaining Verdict Sheet Forms should be returned to the courtroom deputy unsigned. The questions must be answered unanimously.

I. **Race Based Discrimination - 42 U.S.C. § 1981**

    A. **City of Ithaca**

       Do you find that Plaintiff met his burden of establishing by a preponderance of the evidence that the City of Ithaca discriminated against him on account of his race by failing to promote him?

       Yes _____  No __X__

**Proceed to the next question ONLY if you answered "Yes" to Question I(A). If you answered "No" to Question I(A), proceed to question I(B).**

       What amount of compensatory damages do you award Plaintiff as against the City of Ithaca as a consequence of being discriminated against on account of his race?

       **Note: The amount must be at least $1.00.**

       $_____

**Proceed to the next question.**

    B. **Lauren Signer**

       Do you find that Plaintiff met his burden of establishing by a preponderance of the evidence that Lauren Signer discriminated against him on account of his race by failing to promote him?

       Yes _____  No __X__

**Proceed to the next question ONLY if you answered "Yes" to Question I(B). If you answered "No" to Question I(B), proceed to Section II.**

What amount of compensatory damages do you award Plaintiff as against Lauren Signer as a consequence of being discriminated against on account of his race?

**Note: The amount must be at least $1.00.**

$ _____—_____

**Proceed to the next question.**

Do you find that Plaintiff is entitled to punitive damages against Lauren Signer on his claim of race based discrimination?

Yes _____        No __X__

**Proceed to Section II.**

## II. Retaliation

### A. City of Ithaca

Do you find that Plaintiff met his burden of establishing by a preponderance of the evidence that the City of Ithaca retaliated against Plaintiff for engaging in protected activity?

Yes __X__        No _____

### B. Edward Vallely

Do you find that Plaintiff met his burden of establishing by a preponderance of the evidence that Edward Vallely retaliated against Plaintiff for engaging in protected activity by issuing the June 1 notice of discipline?

Yes __X__        No _____

Case 3:10-cv-00597-BKS-ML   Document 454   Filed 10/18/12   Page 4 of 5

**C.   John Barber**

Do you find that Plaintiff met his burden of establishing by a preponderance of the evidence that the John Barber retaliated against Plaintiff for engaging in protected activity by issuing the June 1 notice of discipline?

Yes __X__          No _____

**D.   Pete Tyler**

Do you find that Plaintiff met his burden of establishing by a preponderance of the evidence that Pete Tyler retaliated against Plaintiff for engaging in protected activity by issuing the June 1 notice of discipline?

Yes __X__          No _____

**E.   Marlon Byrd**

Do you find that Plaintiff met his burden of establishing by a preponderance of the evidence that Marlon Byrd retaliated against Plaintiff for engaging in protected activity by making certain beat assignments?

Yes __X__          No _____

**F.   Andrew Navarro**

Do you find that Plaintiff met his burden of establishing by a preponderance of the evidence that Andrew Navarro retaliated against Plaintiff for engaging in protected activity by making certain beat assignments?

Yes _____          No __X__

4

G. Damages

**Answer the following question ONLY as to those Defendants, if any, for which you gave a response of "Yes" in Section II, Questions (A) through (F).**

What amount of compensatory damages do you award Plaintiff as a consequence of being retaliated against as to the following Defendants:

(Note: Remember, Plaintiff is not entitled to recover twice for the same damages. Also, if you decide to make an award, it must be at least $1.00).

| | |
|---|---|
| City of Ithaca: | $ 2,000,000 |
| Edward Vallely: | $ 1 |
| John Barber: | $ 1 |
| Pete Tyler: | $ 1 |
| Marlon Byrd: | $ 1 |
| Andrew Navarro: | $ 0 |
| **Total Compensatory Damages (retaliation):** | $ 2,000,004 |

Your deliberations are complete.

**PLEASE REPORT YOUR VERDICT TO THE MARSHAL. PLEASE REMEMBER TO DATE AND SIGN THIS VERDICT SHEET. THANK YOU.**

\*\* REDACTED \*\*

10-18-2012
Date

_____
Foreperson

5