UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHRISTOPHER MILLER,

                      Plaintiff,                      3:10-cv-597

       v.

CITY OF ITHACA et al.,

                      Defendants.
_____

## VERDICT FORM

**PLEASE NOTE: YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON THIS VERDICT FORM WHICH MUST BE SIGNED BY THE JURY FOREPERSON. EACH QUESTION MUST BE ANSWERED UNANIMOUSLY BY A PREPONDERANCE OF THE EVIDENCE.**

**There should be a total of two (2) pages in this Verdict Form Packet, including this sheet.**

1

1. Did Mr. Miller prove each and every element of his retaliation claim as to the City of Ithaca?

    YES ✓        NO ___

2. Did Mr. Miller prove each and every element of his retaliation claim as to Lt. Marlon Byrd?

    YES ___      NO ✓

**YOUR DELIBERATIONS ARE COMPLETE.**

**REPORT YOUR VERDICT TO THE MARSHAL. PLEASE REMEMBER TO DATE AND SIGN THIS VERDICT SHEET. THANK YOU.**

_January 16, 2015_
Date

_____
Foreperson