UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**CHRISTOPHER MILLER,**

      **Plaintiff,**        3:10-cv-597

    v.

**CITY OF ITHACA et al.,**

      **Defendants.**

---

## VERDICT FORM

**PLEASE NOTE: YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON THIS VERDICT FORM WHICH MUST BE SIGNED BY THE JURY FOREPERSON. EACH QUESTION MUST BE ANSWERED UNANIMOUSLY BY A PREPONDERANCE OF THE EVIDENCE.**

**There should be a total of three (3) pages in this Verdict Form Packet, including this sheet.**

### 2009 Beat Assignments

What amount of damages do you award with respect to the City of Ithaca on Mr. Miller's retaliation claim for the beats assignments? (Note: Remember, the plaintiff is not entitled to recover twice for the same injury. Your award must be at least one dollar.)

$ __220,000.__

### Issuance of June 1, 2010 Notice of Discipline

What amount of damages do you award with respect to the following defendants on Mr. Miller's retaliation claim for the issuance of the June 1, 2010 Notice of Discipline? (Note: Remember, the plaintiff is not entitled to recover twice for the same damages. Your award must be at least one dollar.)

| | |
|---|---|
| City of Ithaca | $ 220,000. |
| Edward Vallely | $ 30,000. |
| John Barber | $ 10,000. |
| Pete Tyler | $ $1.00 |

Total damages on June 1, 2010 Notice of Discipline   $ __260,001.__
(Total from previous four lines)

2

YOUR DELIBERATIONS ARE COMPLETE.

REPORT YOUR VERDICT TO THE MARSHAL.  PLEASE REMEMBER TO DATE AND SIGN THIS VERDICT SHEET.  THANK YOU.

_1-23-15_
Date

_____
Foreperson