UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER MILLER,

        Plaintiff,
-against-

CITY OF ITHACA, et al,

        Defendants.

Civ. Action No. 3:10-CV-597

(BKS)

---

### SATISFACTION OF JUDGMENT

A judgment was entered in the above-captioned action on the 5th day of January, 2017, in favor of Christopher Miller and against the City of Ithaca, Edward Vallely, John Barber, and Pete Tyler, for attorney's fees in the amount of $492,706.73 and for expenses in the amount of $27,620.27. Pursuant to 28 U.S.C. § 1961, post judgment interest on these amounts is $13,668.21.

The total amount of said judgment consequently is $534,124.29 and that amount has been fully paid to Mr. Miller and his counsel. It is further certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: Syracuse, New York

                      Bosman Law Firm, LLC

                      By: _____
                      A.J. Bosman
                      Attorneys for Christopher Miller
                      3000 McConnellsville Road
                      Blossvale, New York 13308

STATE OF NEW YORK            )
                             )   ss.:
COUNTY OF TOMPKINS           )

On the ____4th____ day of February, 2020, before me personally came A.J. Bosman, to me known and known to be a member of the Bosman Law Firm, attorneys for Christopher Miller in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.

_____
Notary Public

Subscribed and sworn to before
me this __4__ day of February, 2020.

_____
Notary Public

ELEANOR J. MCCLOSKEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MC6229603
Qualified in Tompkins County
My Commission Expires October 12, 2018 22